# EXHIBITS in the caufe *Silas Talbot* againft the *Owners* of the brigs Achilles, Patty and Hibernia.

---

### *Depofition* of ISAAC CHURCH.

ISAAC CHURCH, a witnefs produced, fworn and examined in this caufe, on the part of the libellant, depofeth and faith, That he was on board the floop Argo, commanded by the libellant in the above caufe, in the beginning of September, anno Domini 1779, a veffel in the fervice of the United States—That early in the morning they faw a fail, and gave chace, and about eleven o'clock came up with and engaged her, and after a fhort time fhe furrender'd, which proved to be the brig Betfey, from St. Kitts bound to New York, a letter of marque, carrying eight guns—That deponent was ordered on board, and directed to proceed to New London—That the captain's name was Leech, and the cargo confifted of about two hundred and fourteen puncheons of rum—That about two o'clock the fame day [and not before] they faw three fail to windward, with the wind to the weftward, and by their courfe and fail found they were in purfuit—That they ran away all night, and in the morning faw three fail to windward, which he believes were the fame veffels they had feen

the

the day before—That they kept company ſtill with the Argo, and about nine o'clock they came up with Britiſh colours flying, and captain Talbot ſeeing them coming up, and finding it impracticable to eſcape with his prize, gave them orders to do the beſt they could for themſelves, and about the middle of the day the three veſſels came up, and fired under Britiſh colours; at the ſecond fire, they hauled down their colours, which were Britiſh reverſed, according to the cuſtom of prizes, when they boarded them, and took charge of the veſſel—That the three veſſels above mentioned were, the brig Patty, capt. Prole, the brig Hibernia, capt. Angus, and another brig commanded by capt. Thomſon, all from Philadelphia; the firſt and laſt bound for Spain, and the other, as he underſtood, for Teneriffe—That captain D——, who was a paſſenger on board capt. Prole, was ſent, at the particular requeſt of the deponent, on board the Betſey, to prevent the plundering which capt. Prole's men were committing—That every man belonging to the Argo was taken out, and ſhe was mann'd by their own men, except one of the Argo's, who was ſent back again, after a ſtrict examination—That when deponent was ſent on board the Patty, he ſaw a boatſwain and a ſailmaker, whom he knew, and who were taken by the Argo about ten days before out of a veſſel from London, and ſent priſoners to Philadelphia—That deponent, in converſation with capt. D——, told him he was ſure they were Britiſh becauſe of the boatſwain and ſailmaker aforeſaid being there (* who, the deponent ſaid, he thought had eſcaped from their guard to get to New York) and D—— ſaid they were not, but were ſhipped at Philadelphia, being priſoners there, and taken out of the jail—That, finding it

impoſſible

---

* THIS parentheſis is interlined.

impoſſible to regain the prize, they all enter'd on board capt. Prole, and proceeded on the voyage with him—That at the time they were purſued, they were within about forty-eight hours ſail of New London, as the weather then was.—Deponent ſays, he is not intereſted in the event of this cauſe, for that he himſelf was not originally ſhipped on board of the Argo, but had been retaken out of a veſſel bound to New York, about a fortnight before, and kept on board by captain Talbot, who was an acquaintance, and promiſed to carry him home.

ISAAC CHURCH.

Sworn to Jan. the 20th, 1783.
  before   FRAN. HOPKINSON.

MEMORANDUM. The words [AND NOT BEFORE] interlined in the fifteenth line were inſerted at the requeſt of the above Iſaac Church, and ſworn to, before

FRAN. HOPKINSON.

Jan. 22, 1783.

---

## Depoſition of GEORGE WEST.

GEORGE WEST, a witneſs produced on the part of the libellants in the above cauſe, depoſeth and ſaith, That he ſailed from New London, in the ſtate of Connecticut, on rhe twelfth day of Auguſt, in the year of our Lord one thouſand ſeven hundred and ſeventy-nine, on board the ſloop Argo, commanded by Silas Talbot, and belonging to the United States of America, bound on a cruiſe againſt the enemies of the ſaid ſtates—That on the ſixth day of September, in the year aforeſaid, being at ſea,
P           they

they captured a brigantine called the Betfey, under Britifh colours, and bound from the Ifland of Montferrat to the city of New-York, then in the poffeffion of the enemies of the United States ; the faid brigantine being, at the time of the faid capture, under the command of John Ruffel, a fubject of the king of Great Brirain, armed with eight guns, manned with fourteen men, and loaded with 214 puncheons of rum, and feveral tierces, he thinks about ten—That the deponent was appointed prize-mafter, and put on board the faid brigantine with eleven men, and ordered to carry her to New London—That the deponent proceeded on his voyage, purfuant to his faid orders, until the next day, being the feventh of the faid month of September ; being then in the latitude of 39 ° 4′ north, and longitude 71 ° 24′ weft, he faw three brigantines under Britifh colours, who gave him chafe, and came up with him—That one of them fired on him, upon which he ftruck—That they proved all to be from the port of Philadelphia, the one which fired named the Patty, and commanded by John Prole, who examined the deponent, and was informed by him that the veffel which he commanded was a prize to the floop Argo, then in fight——That captain Prole examined the papers on board the Betfey, and, finding no copy of the Argo's commiffion, made prize of her, altho' the deponent produced his written orders from his captain—That captain Prole ordered the deponent, and the eleven men with him, on board his own veffel, and took from the Betfey two fix-pounders, and a quantity of the powder and ball, and put a prize mafter and fome men of his own on board her—That captain Prole carried the deponent to Spain—That the deponent cannot tell whether either of the three brigantines aforefaid were in fight at the time of the capture of the Betfey by the Ar-

go

go—That at the time of the feizure of the faid prize by captain Prole, fhe had the Britifh colours flying with the Union downwards—That this deponent is not mediately or immediately interefted in the event of this caufe—And further this deponent faith not.

GEORGE WEST.

Sworn to this 4th of April, 1783,
before

FRAN. HOPKINSON.

## Depofition of JOSEPH PECK.

CAPTAIN JOSEPH PECK, of Providence, in the ftate of Rhode Ifland, a witnefs produced, fworn and examined on the part of the libellant in this caufe; depofeth and faith—That the price of Jamaica fpirits in the town of Providence aforefaid, in October, 1779, was two dollars hard money the gallon ; and that the deponent, about that time, gave two dollars in filver per gallon for Jamaica fpirits in Providence, which was as cheap as he believes he could buy it for—That the quantity this deponent bought was ten gallons, and no more—That deponent does not know what was the price of Jamaica fpirits after the month of October aforefaid.

JOSEPH PECK.

Sworn to this 21ft of June, 1783,
before

FRAN. HOPKINSON.

W——

## W—— D——'s *Depofition.*

W—— D——, of the city of Philadelphia, mer-
chant, being duly fworn as a witnefs in this caufe, on the
part of the refpondents, depofeth and faith—That on or
about the firft day of September, in the year 1779, as a
paffenger, he failed from Philadelphia on board the bri-
gantine Patty, commanded by John Prole, bound on a
voyage to Cadiz—That they failed from the Capes of
Delaware the fixth of the fame month of September, at
two o'clock poft meridiem, in company with the brigan-
tine Achilles, commanded by captain George Thomfon,
and the Hibernia, commanded by captain John Angus—
That about ten o' clock ante meridiem, on Monday morn-
ing of the fame day, the faid three brigantines, the Patty,
the Achilles and Hibernia, all being within hale of each
other, and becalmed, this deponent heard a firing of can-
non, and being on the quarter deck of the brig Patty, he
looked towards the place from whence the report came,
and faw a thick fmoke, which being immediately difper-
fed, this deponent faw two fail very diftinctly, one of
which afterwards proved to be the brigantine Betfey, and
the other, as the deponent was informed by George Weft
and Ifaac Church, was the floop Argo—That when
this deponent firft faw the brig Betfey and floop Argo, the
Betfey was with a light breeze, ftanding towards the three
brigs Patty, Achilles and Hibernia—That from the time
this deponent heard the firing, and faw the Betfey and
floop Argo, it was more than one hour before the firing
ceafed, during all which time the brig Betfey was tending
towards the Patty, Achilles and Hibernia.   After the fir-
ing ceafed this deponent faw the floop run clofe to the
brig

brig Betfey, and then they both failed away from the brigs Patty, Achilles and Hibernia, but did not get out of fight of them until the evening, and that then the wind fpring-ing up, the Patty, Hibernia and Achilles chafed the brig Betfey and floop—That about day break the next morn-ing, this deponent, from on board the Patty, difcovered two fail, which afterwards proved to be the brig Betfey and floop which they had chafed the night before, the floop being ahead of the Betfey ; the Patty was the firft of the three brigs that came up with the Betfey, and fired a gun at her, the brig Betfey then having an Englifh jack flying, which fhe ftruck, but he cannot fay whether or not it was reverfed : when the brig Patty fired (at the brig Betfey) fhe had an Englifh jack at her fore-top-maft head—That a boat from the Achilles was the firft that went on board the brig Betfey—That this deponent, at the requeft of captain Prole, went on board the brig Betfey, together with other perfons from the Patty, to examine and make report, who and what the brig Betfey was—That before the deponent went on board the brig Betfey, fhe was haled by the brig Patty, and the people on board the Betfey anfwered, fhe was from Montferrat. When on board the brig Betfey, the deponent faw George Weft, who called himfelf prize mafter, Ifaac Church, and others, to the exact number of names mentioned in the Englifh pa-pers found on board the Betfey, which fpecified the maf-ter and number of men belonging to the Betfey. The faid George Weft then faid, that he was prize mafter of the brig Betfey ; and the faid George Weft and Ifaac Church both faid, that fhe was a prize to the floop Argo, com-manded by captain Talbot, who had taken the faid brig Betfey three days before, and that they were going to a port in New England, which this deponent does not recollect

—The

—The deponent and others from the brig Patty did not believe what Church and Weſt told them; they aſked Weſt and others on board the Betſey, if they had a copy of captain Talbot's commiſſion, they anſwered the deponent that they had not: nor did George Weſt, or any other perſon, produce or ſhew any writing (at that time) from captain Talbot, or any other, calling the brig Betſey a prize, or giving any directions concerning her—That deponent opened the folds of the main ſail of the Betſey, and ſaw a ſhot-hole in it freſh, very black, and which ſmelt ſtrong of powder—That he ſhewed it to the ſaid Iſaac Church, and obſerved to him, that it proved that the brig Betſey was not taken three days before, at the ſame time telling Church that there had been a rain within that time, which would have altered the appearance of the ſhot-hole —That the ſaid Iſaac Church, notwithſtanding, ſtill aſ-ſerted that the Betſey had been taken three days before. Whilſt this deponent was on board the brig Betſey, the ſloop was ahead ſailing from her, and upon the ſaid Iſaac Church ſaying that the ſloop was the Argo that had taken the brig Betſey, the brigs Achilles and Hibernia endea-voured to ſpeak her, but could not come up with her; and upon the ſaid Church's ſaying, that captain Talbot was not a man that would run away from one of them, if they would not both chaſe, the brig Achilles then chaſed alone, but could not get up with the ſloop, ſhe going be-fore the wind. Upon which, the deponent deſired the ſaid Iſaac Church to make a ſignal to the ſloop that they were friends, and that the ſloop ſhould come to, but he an-ſwered that he had no ſignal to make—That afterwards captain Prole, Angus and Thomſon, in the preſence of this deponent, conſulted what they ſhould do with the brig Betſey, and being of opinion that the ſaid George

Weſt

Weft and Ifaac Church had not told them the truth, and concluding, from all circumftances, either that the brig Betfey was a Britifh veffel bound for New York from the Ifland of Montferrat, as the cuftom houfe papers on board her mentioned, or elfe that fhe was the fame brig that they had feen engaged with the floop the day before, and as the faid brigs the Achilles, Patty, and Hibernia were armed, prefent, and in fight of the floop and brigantine Betfey during their engagement and when the brig Betfey ftruck, they, the faid captains Prole, Angus and Thomfon, were of opinion, that the officers and feamen on board the brigantines Achilles, Patty and Hibernia, were entitled to fhares in the prize brig Betfey. Thereupon, the faid captains Prole, Angus and Thomfon, put a prize matter, of the name of M'Neal, and feveral feamen from each of the brigs Hibernia, Patty and Achilles, on board the brig Betfey, with orders to fail for the port of Philadelphia; and the faid George Weft and Ifaac Church were ordered and came on board of the brig Patty, and went in her to Cadiz—That afterwards, on their paffage to Cadiz, this deponent, captain Prole, Mr. John Groves, the faid George Weft and Ifaac Church, frequently converfed freely together relative to the brig Betfey and her capture; and this deponent has heard the faid George Weft and Ifaac Church declare, that the brig Betfey was taken only the day before that captain Prole, Angus and Thomfon took her out of the poffeffion of the faid Weft and Church. And the faid Weft and Church both declared, that they had alledged that the brig Betfey had been taken three days before that time, hoping that they fhould have been believed and fuffered to have gone on. And that the reafon why Weft and Church had endeavoured to deceive them was, that the faid George Weft and Ifaac Church, and

others

others on board the brig Betfey, thought that the brigs Patty, Achilles and Hibernia were the same three veffels which they had feen the day before during the engagement between the floop Argo and brigantine Betfey, and the capture of the faid brigantine Betfey ; and alfo thinking that the floop Argo's fhare of the brig Betfey would be but fmall when divided with the brigs Hibernia, Patty and Achilles—That the deponent alfo heard a feaman, whofe name he does not now recollect, who belonged to the brig Betfey before fhe was taken, and was on board of her when taken poffeffion of by captain Prole, Angus and Thomfon, fay, that the brig Betfey was taken only the day before fhe was fo taken poffeffion of by captains Prole, Angus and Thomfon, and that during the engagement of the floop Argo with the brig Betfey, he and the other people on board the brig Betfey faw three brigs, and the brig Betfey was bearing down for the faid three brigs, and in fight of them when fhe ftruck—That this deponent remembers, when on their paffage to Cadiz, the faid George Weft came from his watch on deck into the cabin very wet (as it was raining) and as he was changing his cloaths, he took a paper out of his pocket and fhewed it to this deponent, faying it was a paper he hoped would have faved the prize. The deponent read the paper, which was then wet ; it contained but a few lines, and appeared incorrect, but fignified that the faid Weft was to proceed with the brig Betfey to fome port in New England—That the deponent immediately returned the paper to the faid George Weft, and that the faid George Weft then tore in pieces the faid paper, in the prefence of this deponent—That until the time when the faid George Weft fhewed this deponent the faid paper, in the manner abovementioned, this deponent never did fee or hear of the faid paper, or any

written

written order whatever from captain Talbot concerning the brig Betfey, neither from the faid George Weft, Ifaac Church, nor captains Prole, Angus, Thomfon, nor any other perfon whatfoever—That this deponent, at none of the times abovementioned, nor before, nor fince, was not, nor is interefted either in the veffels or cargoes of the brigs Achilles, Patty and Hibernia, or either of them—That this deponent has converfed with captain Silas Talbot, relative to the capture of the brig Betfey, and the faid Silas Talbot declared to this deponent, that the brig Betfey was taken by the floop Argo, the day before the brig Betfey was taken by the brigs Patty, Achilles and Hibernia, and this deponent doth further fay, that he is in no wife interefted in the event of this caufe.

W—— D——.

Sworn to, this 1ft of July, 1783,
    before

        Fran. Hopkinson.

---

W—— D—— being crofs-examined on the part of the libellant faith, that during the action, he could not fee any colours of either of the two veffels engaged—that the brig was under fail, but the floop being aftern, he cannot fay whether fhe was under fail or not. That during the night after they loft fight of them, they hauled their courfe as high up as north-eaft and by eaft, in order to cut the veffels off from New-York; and had a frefh wind. That next day when they came up with the Betfey, captains Prole, of the Patty, and Thomfon, of the Achilles, took out fome cannon and ftores from the Betfey. That Thomfon took two fix pounders with fhot, and Prole

Q                                    took

took about 100 pounds of powder and some small arms, to the number of twelve or fourteen, and four or six ten gallon kegs of rum, and two coils of cordage, and they both took some match-rope.—That a particular account was taken of every article which they took from the Betsey. Deponent recollects nothing more being taken than what he has mentioned—That Church was at first left on board the Betsey ; but afterwards taken out, because M'Neal the prize-master was afraid of him—That the Argo's people were all taken out of the Betsey except two or three, one of whom was a negro—That he had heard a few days before they had sailed from Philadelphia a doctor at the coffee house relating, that the sloop Argo, a New England privateer, of which the doctor said he was the surgeon, had taken the Dublin Cutter, which, he said, was fitted out from New-York full of men of war's men; but cannot tell whether Thomson, Angus or Prole knew of this— That he never heard of the Argo before—That he never heard any cannon fired by the brig Betsey or sloop Argo after the time mentioned in the deposition, when he supposed the brig Betsey struck—That they continued the course of north-east and by east in the night after they first saw the brig and sloop until eleven o'clock, and then bore away about east south-east—And further this deponent saith not.

W—— D——.

Sworn to, this 1st July, 1783,
    before
        Fran. Hopkinson.